In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of CHARLES P. PHELPS, Deceased, Respondent. MINNIE B. PHELPS, et al., Appellants; CHARLES F. EVANS, as Special Guardian for Infants and as Attorney for ELIAS LYMAN, 7TH, and EDWARD P. LYMAN.

Argued February 26, 1946; decided April 12, 1946.

*Louis Susman, Milton C. Jacobs, Nathan Stieglitz* and *Harry H. Oshrin* for appellants.

*Elmer J. Hoare* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Dissenting: DYE, J. MEDALIE, J., deceased.